■ In the Matter of NORMA M. BERNARD, Appellant, v. KENNETH B. BERNARD, Respondent.—Order of the Family Court, Nassau County, dated August 23, 1967, reversed, on the law, without costs, and proceeding remanded to the Family Court for hearing and determination on the merits. No questions of fact were considered. (See, *Matter of Seitz* v. *Drogheo,* 21 N Y 2d 181, revg. 28 A D 2d 892.) Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.